United States Court of Appeals
Fifth Circuit

**F I L E D**

**October 14, 2004**

Charles R. Fulbruge III
Clerk

In the

# United States Court of Appeals
## for the Fifth Circuit

m 03-60884

DERIC HEARN; ALVALINE BAGGETT; CHARLES BANKS; JERRY BRISTER;
TOMMIE L. BROWN; JANE DOES 1-50; JOHN DOES; ET AL.,

Plaintiffs-Appellants,

VERSUS

CITY OF JACKSON, MISSISSIPPI,
A MUNICIPAL CORPORATION,

Defendant-Appellee.

Appeal from the United States District Court
for the Southern District of Mississippi
m 3-99-CV-359-LN

Before JONES, SMITH, and STEWART,
Circuit Judges.

PER CURIAM:[*]

The plaintiffs bring a title VII action for disparate treatment and disparate impact. Following a bench trial, the district court issued a comprehensive opinion, entered August 12, 2003, dismissing the complaint.

We have reviewed the briefs and applicable portions of the record and have consulted the relevant caselaw. Concluding that the district court committed no reversible error, we affirm, essentially for the reasons given by the district court in its impressive opinion.

[*] Pursuant to 5TH CIR. R. 47.5, the court has determined that this opinion should not be published and is not precedent except under the limited circumstances set forth in 5TH CIR. R. 47.5.4.